# Third District Court of Appeal

## State of Florida

Opinion filed July 6, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2227
Lower Tribunal No. 20-2445 CC
_____

### Yachtbrasil Motor Boat & Charters, LLC, etc., et al.,
Appellants,

vs.

### The Law Offices of George A. Minski, P.A., etc.,
Appellee.


An Appeal from the County Court for Miami-Dade County, Stephanie Silver, Judge.

McCarthy & Yersel, PLLC and Martin G. McCarthy and Emre Yersel, for appellants.

Law Offices of George A. Minski, P.A. and George A. Minski (Hollywood), for appellee.


Before FERNANDEZ, C.J., and HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.